**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re Request from the Czech Republic** | **:** | |
| **Pursuant to the Treaty Between the** | **:** | **MISC. NO.** |
| **United States of America and the** | **:** | |
| **Italian Republic on Mutual Legal** | **:** | |
| **Assistance** | **:** | |

**APPLICATION FOR ORDER PURSUANT TO THE TREATY**
**ON MUTUAL LEGAL ASSISTANCE AND 18 U.S.C. § 3512**

The United States of America petitions this Court for an order, pursuant to the 1998 Treaty between the United States of America and the Czech Republic on Mutual Legal Assistance, as supplemented by the 2006 Supplementary Treaty between the United States of America and the Czech Republic (collectively, the "Treaty"), 18 U.S.C. § 3512, and its own inherent authority, appointing Assistant United States Attorney John K. Han (or a substitute subsequently designated by the United States Attorney's Office) as a commissioner to collect evidence from witnesses and to take other action as necessary to execute a request from the Czech Republic pursuant to the Treaty.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

_____/s/_____
          by:      John K. Han
Assistant United States Attorney
United States Attorney's Office
National Security Section
555 Fourth St., NW
Washington, D.C. 20530
202-252-7680
john.han@usdoj.gov